IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFERY L. THOMPSON,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.                Case No. 12-cv-348-wmc

STATE OF WISCONSIN,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Jeffery L. Thompson for a writ of habeas corpus under 28 U.S.C. § 2254 as moot.

| /s/ | 4/10/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |